PFE/MRP July 2024
GJ#16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| **TRENTON ISAIAH MOORE** | ) | |

## <u>INDICTMENT</u>

<u>**COUNT ONE:**</u>  [18 U.S.C. § 922(o)]

The Grand Jury charges that:

On or about the 8th day of February, 2023, in Madison County, within the Northern District of Alabama, the defendant,

**TRENTON ISAIAH MOORE,**

did knowingly possess and transfer a machinegun, that is, a machinegun conversion device designed and intended for use in converting a weapon into a machinegun enabling it to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

<u>**COUNT TWO:**</u>  [26 U.S.C. § 5861(e)]

The Grand Jury further charges that:

On or about the 8th day of February, 2023, in Madison County, within the Northern District of Alabama, the defendant,

**TRENTON ISAIAH MOORE,**

knowingly and unlawfully transferred a firearm under Title 26, United States Code, Section 5845(a) and (b), that is, a machinegun conversion device designed and intended for use in converting a weapon into a machinegun, to another, that was not registered in the National Firearms Registry and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5841, 5861(e) and 5871.

**COUNT THREE:** **[18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 25th day of May, 2023, in Madison County, within the Northern District of Alabama, the defendant,

**TRENTON ISAIAH MOORE,**

did knowingly possess a machinegun, that is, an Anderson Manufacturing, model AM-15, 5.56x45 mm caliber rifle with a machinegun conversion device installed enabling it to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR:  [26 U.S.C. § 5861(d)]

The Grand Jury further charges that:

On or about the 25th day of May, 2023, in Madison County, within the Northern District of Alabama, the defendant,

**TRENTON ISAIAH MOORE,**

knowingly received and possessed a firearm under Title 26, United States Code, Section 5845(a) and (b), that is, an Anderson Manufacturing, model AM-15, 5.56x45 mm caliber rifle bearing serial number 21207240 having a barrel of less than 16 inches, and having a total length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## NOTICE OF FORFEITURE
## [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses charged in Courts One through Three of this Indictment, the defendant,

## TRENTON ISAIAH MOORE,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to a machinegun conversion device seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives in Huntsville, Madison County, Alabama, on or about February 8, 2023, and one Anderson Manufacturing, model AM-15, 5.56x45 mm caliber rifle, bearing serial number 21207240.

3. If the property described above, as a result of any act or omission of the

defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                          PRIM F. ESCALONA
                          United States Attorney

                          */s/ Electronic Signature*

                          MICHAEL R. PILLSBURY
                          Assistant United States Attorney